UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BECTON, DICKINSON and COMPANY, | |
| Plaintiff, | Civil Action No. 06-6287 (SDW) |
| v. | **ORDER** |
| PISCATAQUA TRANS, INC., AIT WORLDWIDE LOGISTICS, INC., HARNUM INDUSTRIES, LTD., and KORTEC, INC. | |
| Defendants. | September 23, 2009 |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo, filed on August 25, 2009, regarding Defendant Kortec, Inc.'s ("Kortec") motion to enforce the Settlement Agreement reached between the parties. In the R&R, Magistrate Judge Arleo considers the arguments made by the parties and recommends that the motion to enforce the Settlement Agreement be granted. No objection to the R&R was filed.

The Court has reviewed the R&R and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed on August 25, 2009, is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that Kortec's motion to enforce the Settlement Agreement (docket entry no. 51) is **GRANTED**; and it is further

**ORDERED** that Defendant Piscataqua Trans, Inc. pay Kortec the amount of $4,587.02, the balance of the agreed upon settlement amount, within twenty (20) days of the date of this Order; and it is further

**ORDERED** that Kortec's request for fees and costs is **DENIED**.

                                                                s/Susan D. Wigenton, U.S.D.J.

cc:    Magistrate Judge Madeline C. Arleo